United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DUNCAN BROTHERS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07005-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff filed this Americans with Disabilities Act access case on October 8, 2020 and Defendant Duncan Brothers, LLC answered on January 11, 2020. Under General Order 56, which governs this case, no later than 60 days after service of the complaint the parties were required to conduct a joint site inspection. GO 56 ¶ 7. No more than 35 days following the joint site inspection, the parties were required to hold a settlement meeting. *Id.* ¶ 8. If the case did not resolve, then within 42 days of the joint site inspection or settlement meeting—whichever occurs first—the parties were required to file either a Notice of Settlement or a Notice of Need for Mediation and Certification of Counsel. *Id.* ¶ 9. The docket in this case, however, does not reflect *any* activity since January 11, 2020. Accordingly, on June 29, 2021, the Court ordered Plaintiff to file a status update on or before July 13, 2021. (Dkt. No. 18.) As of the date of this Order, Plaintiff has not filed the ordered status update nor otherwise communicated with the Court.

Plaintiff is therefore ordered to show cause as to why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute the action and follow court orders. Plaintiff shall file response on or before July 29, 2021. Plaintiff is warned that a failure to file a response or to show good cause will result in a report and recommendation to a district court judge recommending dismissal of the action for a failure to prosecute.

1    **IT IS SO ORDERED.**

2    Dated: July 22, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge